USA-53-14

F.# 2006R00084

# APPLICATION FOR WRIT OF HABEAS CORPUS
## UNITED STATES DISTRICT COURT

---

**UNITED STATES OF AMERICA**

*- against -*

CHUNON BAILEY

........................................
*Defendant(s).*

---

[X] 06-CR-0232 (JFB)

[ ] Criminal Miscellaneous

---

The undersigned [X] Assistant U.S. Attorney [ ] Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus [X] ad prosequendum [ ] ad testificandum [ ] in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): Chunon Bailey, DIN: 206687

2. Detained by [ ] Warden, New York Metropolitan Correctional Center, New York, New York

[X] Warden, Suffolk County Correctional Facility

[ ] Other:

*[Specify title of custodian and name and location of detention facility]*

3. Detainee is [ ] charged in this district by [X] Indictment [ ] Information [ ] complaint with, OR [ ] was convicted in this district of, violating Title 21, U.S.C. 841(a)(1), OR [ ] is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on April 19, 2006, at 11:00 o'clock A.M. [ ] in Courtroom Number 920 [ ] before the Federal Grand Jury sitting in Room Number _____, of the United States Courthouse for this district, for [X] arraignment [ ] plea [ ] trial [ ] sentencing [ ] in re a motion pursuant to 28 U.S.C. § 2255 [ ] the purpose of giving necessary testimony in the captioned proceeding [ ] other purpose(s), specifically

---

Sworn to before me this
17th day of April, 2006

LUCIENNE DESINOR
**Notary** Public, State of New York
No. 01DE5067231
Qualified in Nassau County
Commission Expires October 15, 06

[X] Assistant United States Attorney
MARK LESKO

[ ] Special Assistant United States Attorney

---

## WRIT OF HABEAS CORPUS

[X] Ad Prosequendum          [ ] Ad Testificandum          [ ] In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: April 17, 2006

**ROBERT C. HEINEMANN**
CLERK,                     U.S.D.C.

United States Magistrate Judge

Deputy Clerk