MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of July, two thousand eleven.

Before:     JOSÉ A. CABRANES,
            ROSEMARY S. POOLER,
            REENA RAGGI,
                *Circuit Judges,*

FILED
JUL -6 2011
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

United States of America,
        Appellee,

v.

Chunon L. Bailey, also known as Polo,

        Defendant- Appellant.

**JUDGMENT**
Docket No.: 07-3719 (Lead)
                10-398 (Con.)

---

The appeals in the above captioned cases from the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the District Court's August 23, 2007 judgment of conviction and its January 19, 2001 order denying Bailey's § 2255 motion are AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT,
CATHERINE O'HAGAN WOLFE, Clerk

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 09/27/2011